CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 2 9 2005

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
~~ROANOKE~~ DIVISION
*HARRISONBURG*

| | | |
|---|---|---|
| TINA D. FOX, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:04CV00072 |
| | ) | |
| v. | ) | **FINAL JUDGMENT AND ORDER** |
| | ) | |
| JO ANNE B. BARNHART, | ) | By: Hon. Glen E. Conrad |
| Commissioner of Social Security | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

For reasons set forth in a Memorandum Opinion filed this day, summary judgment is

hereby entered for the defendant, and it is so

ORDERED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTER:    This _____ day of April, 2005.

_____
United States District Judge